1
2
3
4
5
6
7
8
9

**United States District Court**
For the Northern District of California

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
13

14  HILDA L SOLIS, SECRETARY OF          No   MISC 10-80303 VRW
    LABOR, UNITED STATES DEPARTMENT
15  OF LABOR,                                 ORDER

16          Petitioner,

17          v

18  HORIZON MZS CORPORATION,

19          Respondent.
    _____/
20

21

22          On December 9, 2010, Secretary of Labor Hilda L Solis

23  ("petitioner") filed a petition to enforce an administrative

24  subpoena against respondent Horizon MZS Corporation.  Doc #1.

25  Respondent is hereby ORDERED to SHOW CAUSE in writing on or before

26  January 14, 2011 why the petition should not be granted.

27  Petitioner is DIRECTED to serve a copy of this order on respondent

28  and file a proof of service with the court.  Failure to respond to

this order on or before January 14, 2011 shall be deemed grounds to
grant the petition.

       IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**United States District Court**
For the Northern District of California