**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hilda L. Solis, | NO. C 10-MC-80303 JW |
|       Petitioner, | **ORDER GRANTING PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA** |
| v. | |
| Horizon MZS Corp., | |
|       Respondent. | |

Presently before the Court is the Secretary of Labor, Hilda L. Solis' Petition to Enforce Administrative Subpoena seeking enforcement of a subpoena duces tecum issued by the United States Department of Labor to Respondent Horizon MZS Corp. filed on December 9, 2010.[1] On December 23, 2010, the Court issued an Order to Show Cause why the Petition should not be granted. (See Docket Item No. 2.) The Order to Show Cause stated that failure to respond on or before January 14, 2011 would be deemed grounds to grant the Petition. (Id. at 1-2.) To date, over five months after the due date for the response, Respondent has not complied with the Court's Order to Show Cause.

---

[1] (hereafter, "Petition," Docket Item No. 1.)

Accordingly, the Court GRANTS the Petition.  On or before **July 8, 2011**, Petitioner shall serve this Order upon Respondent and file the appropriate certificate of service with the Court.  On or before **August 8, 2011**, Respondent shall produce to Petitioner all documents that are responsive to the subpoena and in Respondent's possession, custody or control.

The Clerk of Court shall close this miscellaneous action.

Dated:  June 27, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joseph Michael Lake lake.joseph@dol.gov

| | |
|---|---|
| **Dated:  June 27, 2011** | **Richard W. Wieking, Clerk** |
| | By:    **/s/ JW Chambers**  
**Susan Imbriani**  
**Courtroom Deputy** |

**United States District Court**
For the Northern District of California